UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>EMPIRE KAN, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-06955-SVK<br><br>**ORDER REGARDING NOVEMBER 12, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 30 |

This matter is currently set for a case management conference on November 12, 2019. Dkt. 30. The Court has received a case management conference statement from Plaintiff only. Dkt. 31. Defendants may submit a case management conference statement by **November 8, 2019 at 12:00 p.m.** Regardless of whether Defendants submit a statement, the November 12, 2019 case management conference will proceed as scheduled and the Court will set the matter for trial.

**SO ORDERED.**

Dated: November 7, 2019

SUSAN VAN KEULEN
United States Magistrate Judge